1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ALLAN TAYLOR, an Individual,

          Plaintiff,

   vs.

TAKEDA PHARMACEUTICALS
NORTH AMERICA, INC.; TAKEDA
PHARMACEUTICALS
INTERNATIONAL, INC.; TAKEDA
PHARMACEUTICAL COMPANY
LIMITED; TAKEDA
PHARMACEUTICALS, LLC;
TAKEDA GLOBAL RESEARCH &
DEVELOPMENT CENTER, INC;
TAKEDA SAN DIEGO, INC.; and
DOES 1 through 100, Inclusive,

          Defendants.

Case No. 2 :12-cv-0004 VAP (OPx)

Assigned to Hon. Virginia A. Phillips

**ORDER TO REMAND**

**[PROPOSED] ORDER TO REMAND**

1        Upon consideration of the parties' stipulation, it is hereby ordered that this

2    action is **REMANDED** to the Superior Court of California, County of Los Angeles.

3    Each party shall bear their own costs and attorneys' fees incurred in connection

4    with the removal of this action and other proceedings in this Court.

5        **IT IS SO ORDERED.**

6        Dated:  February 9__, 2012

7    By:_____

8        The Honorable Virginia A. Phillips
         United States District Judge
         Central District of California

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER TO REMAND**